*W. F. Lane*, for the appellant.

---

### WARD *v.* BUELL.

APPEAL from the *Hancock* Circuit Court.

*Saturday,
December* 11.

*Per Curiam.*—This was an action on a promissory note in which the maker, *Ward*, of *Marion* county, and one *West*, of *Hancock* county, who had transferred the same to the plaintiff without indorsement in writing, were both made defendants.

The only question in the case is, whether the *Hancock* Circuit Court had jurisdiction of the person of *Ward*.

The statute (2 R. S. p. 28, § 6) imperatively requires the assignor, under such circumstances, to be made a defendant; and, therefore, under § 33, 2 R. S. p. 34, the action could be brought in the county where either of the defendants resided.

The judgment is affirmed, with 5 per cent. damages and costs.

*W. Henderson*, for the appellant.

*J. L. Ketcham* and *I. Coffin*, for the appellee.